1
2
3
4
5
6
7
8
9
10
11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEXTER E. DALE, | ) | No. C 05-1842 JSW (PR) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| vs. | ) | DEFENDANT FERNANDEZ'S |
| | ) | REQUEST FOR EXTENSION |
| | ) | OF TIME TO FILE |
| L. FERNANDEZ and L. LOUGH, | ) | DISPOSITIVE MOTION |
| | ) | |
| Defendants. | ) | (Docket no. 4) |
| | ) | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

        In an order dated November 8, 2005, the Court directed the United States Marshal

to serve Plaintiff's civil rights complaint on Defendants Fernandez and Lough.  The Court

ordered that Defendants file dispositive motions within sixty days from the date of the

order, or January 9, 2006.  Counsel for Defendant Fernandez has filed a request for an

extension of ninety days to file a dispositive motion because Defendant Fernandez was

not served until December 15, 2005, the pleadings were not received by counsel's office

until December 22, 2005, and counsel, who was away for the holidays, did not receive the

pleadings until January 3, 2006.  Counsel further states that before preparing a dispositive

motion he must seek a relief from Plaintiff to obtain Plaintiff's medical file, which could

take some time.

        Good cause appearing, the motion for extension of time is GRANTED.  Defendant

1

1  Fernandez shall file his dispositive motion, or notice to the Court that he does not intend

2  to file a dispositive motion, on or by **April 9, 2006.**  Plaintiff shall file his opposition to

3  the dispositive motion on or by **May 9, 2006,** and Defendant shall file any reply on or by

4  **June 9, 2006**.  The motion will be deemed submitted for the Court's review on the date

5  the reply is due.

6        Finally, the Court notes that the summons served on Defendant L. Lough was

7  returned to the Court unexecuted on December 21, 2005.  This action cannot proceed

8  against Defendant Lough until he has been served.  Therefore, Plaintiff must notify the

9  Court within **twenty days** from the date of this order of his continued intent to pursue this

10  matter against Defendant Lough and provide the Court with all information necessary for

11  the United States Marshal to make a further attempt at service.  The failure to do so will

12  result in the dismissal of Defendant Lough from this action.

13        IT IS SO ORDERED.

14  DATED: __1/10/06_____

15                                                      JEFFREY S. WHITE
                                                       United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28