1
2
3
4
5
6
7
8                           IN THE UNITED STATES DISTRICT COURT

9                         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11   DEXTER E. DALE,                          )   No. C 05-1842 JSW (PR)
                                              )
12              Plaintiff,                     )   **FURTHER ORDER OF SERVICE**
                                              )   **OF DEFENDANT LOUGH;**
13      v.                                     )   **INSTRUCTIONS TO CLERK**
                                              )
14   DONALD C. POMPAN, M.D., ET AL.,           )   **(Docket no. 23)**
                                              )
15              Defendants.                    )
                                              )
16   _____ )

17          Plaintiff, a prisoner of the State of California, currently incarcerated at the Correctional

18   Training Facility in Soledad, California, filed this *pro se* civil rights action pursuant to

19   42 U.S.C. § 1983, complaining of deliberate indifference to his serious  medical needs.  On

20   February 27, 2007, the Court denied summary judgment as to Defendant Fernandez and

21   ordered the Clerk to request a forwarding address for Defendant Nurse L. Lough from the

22   Legal Affairs Department of the California Department of Corrections and Rehabilitation

23   ("CDCR") so that the Court could order a further attempt at service by the United States

24   Marshal ("USM").  On May 3, 2007, after CDCR was unable to provide a current address for

25   Lough, the Court ordered Plaintiff to provide the Court with sufficient information regarding

26   unserved Defendant Lough to allow for service.  After receiving an extension of time to do so,

27   Plaintiff has provided an address that he alleges to be Lough's current address.  The Court will

28   order the USM to serve Lough at that address, as provided below.

1.    The Clerk of the Court shall issue summons and the United States Marshal shall serve, without prepayment of fees, a copy of the complaint and all attachments thereto with all attachments thereto, and a copy of this order upon:

**Lillian Marie Lough**
**1544 75th Ct., E**
**Tulsa Oklahoma 74136.**
**(918) 496-8137**

2.    The Court previously cautioned Plaintiff that his failure to proved Lough's correct location to allow the USM to effectuate service would result in the dismissal without prejudice of the claims against Lough under Federal Rule of Civil Procedure 4(m).  *See Walker v. Sumner*, 14 F.3d 1415, 1421-22 (9th Cir. 1994).  **<u>Consequently, if the USM is unable to serve Lough at the address provided by Plaintiff, the claims against Lough will be dismissed without prejudice.</u>**

3.    Within **45 days** of the date this order is filed, defendant Lough shall file an answer to the complaint, in conformity with the Federal Rules of Civil Procedure.

4.    The Court has established a Pro Se Prisoner Mediation Program, under which prisoner civil rights cases may be referred to a neutral Magistrate Judge for mediation.  As summary judgment has been denied as to Plaintiff's claims against Defendant Fernandez, the Court finds the instant matter suitable for mediation proceedings.  After service of Defendant Lough has been resolved, the instant case will be referred to Magistrate Judge Vadas for mediation proceedings pursuant to the Pro Se Prisoner Mediation Program.

IT IS SO ORDERED.

DATED:  <u>June 4, 2008</u>

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DALE,

           Plaintiff,

  v.

FERNANDEZ et al,

           Defendant.

_____/

Case Number: CV05-01842 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dexter E. Dale
D-14750
P.O. Box 689
Soledad, CA 93960-0689

Dated: June 4, 2008

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk