# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER DALE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>L. FERNANDEZ, ET AL.<br><br>　　　　　Defendants. | CASE NO. C 05-1842 JSW (PR)<br><br>**ORDER FOR HABEAS CORPUS AD TESTIFICANDUM** |

**TO THE DEPARTMENT OF CORRECTIONS AND REHABILITATION:**

You are to produce inmate Dexter Dale, Inmate No. D-14750, who is currently incarcerated at the Correctional Training Facility at Soledad, California, for a settlement conference on October 27, 2008. You are to produce him at the California State Prison in Solano, 2100 Peabody Road, Vacaville, CA 95696 pursuant to this Order for Habeas Corpus Ad Testificandum.

**IT IS SO ORDERED**:

DATED: October __6___, 2008

IT IS SO ORDERED
Judge Nandor J. Vadas
Nandor Vadas
Magistrate Judge of the United States
District Court, Northern District

---

1

*Chacon v. Gallian, et al.* No. C05-4880 SI　　　　　Order for Habeas Corpus Ad Testificandum