**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12   DEXTER E. DALE,
                                          Case No C 05-01842 JSW
13          Plaintiff,
                                          REPORT OF PRO SE PRISONER
14          v                             EARLY SETTLEMENT
                                          PROCEEDING
15   L. FERNANDEZ, L.LOUGH,

16          Defendants.

17

18

19        A settlement conference in this matter was held on October 27, 2008.  The results of

20   that proceeding are indicated below:

21   (1)    The following individuals, parties, and/or representatives participated in the

22          proceeding, each possessing the requisite settlement authority:

23          ☒  Plaintiff

24          ☐ Warden or warden's representative

25          ☒ Office of the California Attorney General, Kay Yu

26          ☒ Other: California Department of Corrections and Rehabilitation

27

28

1  (2)    The following individuals, parties, and/or representatives did not appear:

2  (3)    The outcome of the proceeding was:

3      ☐ The case has been completely settled.

4      ☐  The case has been partially resolved and, on or before

5  _____, counsel for defendants shall file a joint stipulation specifying

6  those claims which have been resolved and those that remain to be resolved by the Court.

7      ☐ The parties agree to an additional follow up settlement on

8  _____.

9      ☒  The parties are unable to reach an agreement at this time.

10  Date:  November 5, 2008                                

11                                       Nandor J Vadas
                                     United States Magistrate Judge

**United States District Court**

For the Northern District of California

United States District Court

For the Northern District of California

1

2                          UNITED STATES DISTRICT COURT

3                          NORTHERN DISTRICT OF CALIFORNIA

4

5    DALE                                      No. C 05-01842 JSW

6    v.                                        CERTIFICATE OF SERVICE

7    FERNANDEZ

8    _____/

     I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
9    District Court, Northern District of California.

10   That on   11/5/08        , I SERVED a true and correct copy of the attached, by placing said
     copy in a postage paid envelope addressed to the person(s) listed below, by depositing
11   said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery
     receptacle located in the Office of the Clerk.

12

13
     **Dexter E. Dale**
14   D-14750
     P.O. Box 689
15   Soledad, CA 93960-0689

16

17
                                         RICHARD W. WIEKING, CLERK
18

19

20                                       By:/s/_____

21                                            Deputy Clerk

22

23

24

25

26

27

28
                                              3