1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEXTER E. DALE,                          )     No. C 05-1842 JSW (PR)
                                         )
            Plaintiff,                   )     **ORDER APPOINTING PRO BONO**
                                         )     **COUNSEL AND SETTING CASE**
    v.                                   )     **MANAGEMENT CONFERENCE**
                                         )
L. FERNANDEZ and L. LOUGH,               )
                                         )
            Defendants.                  )
_____         )
                                         )

Plaintiff having been found in need of counsel to assist him in this matter, and

counsel willing to be appointed to represent Plaintiff having been located,

IT IS HEREBY ORDERED THAT: Joseph Escher III, Esq., CA Bar #85551,

(415) 262-4500, Amy Thayer, Esq., CA Bar #266142, (415) 262-4577, and Joybell

Chitbangonsyn, Esq., CA Bar #269536, (415) 262-4576, and the law firm of Dechert

L.L.P., 1 Maritime Plaza, Suite 2300, San Francisco, CA 94111, are appointed as counsel

for Plaintiff pursuant to 28 U.S.C. 1915(e)(1) and the Court's Federal Pro Bono Project

guidelines.

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties, by

counsel, are hereby ordered to appear at a Case Management Conference before the

undersigned on **October 21, 2011 at 1:30 p.m.** in Courtroom No. 11, 19th Floor, 450

Golden Gate Avenue, San Francisco, California, for the purpose of setting trial and

pretrial dates.

The parties shall appear in person through lead counsel to discuss all items referred

to in this Order and with authority to enter stipulations, to make admissions and to agree

1

1  to further scheduling dates.

2       The parties shall file a joint case management statement no later than five (5) court

3  days prior to the conference.  The joint case management statement shall address all of

4  the topics set forth in the Standing Order for All Judges of the Northern District of

5  California - *Contents of Joint Case Management Statement*, which can be found on the

6  Court's website located at http://www.cand.uscourts.gov.  *See* N.D. Civ L.R. 16-9.   If

7  any one or more of the parties is proceeding without counsel, the parties may file separate

8  case management statements.  Separate statements may also address all of the topics set

9  forth in the Standing Order referenced above.

10       Any request to reschedule the date of the conference shall be made in writing, and

11  by stipulation if possible, at least ten (10) calendar days before the date of the conference

12  and must be based upon good cause.

13       In order to assist the Court in evaluating any need for disqualification or recusal,

14  the parties shall disclose to the Court the identities of any person, associations, firms,

15  partnerships, corporations or other entities known by the parties to have either

16  (1) financial interest in the subject matter at issue or in a party to the proceeding; or

17  (2) any other kind of interest that could be substantially affected by the outcome of the

18  proceeding.  If disclosure of non-party interested entities or persons has already been

19  made as required by Civil L. R. 3-16, the parties may simply reference the pleading or

20  document in which the disclosure was made.  In this regard, counsel are referred to the

21  Court's Recusal Order posted on the Court website at the Judges Information link at

22  http://www.cand.uscourts.gov.

23       The Clerk shall add Plaintiff's appointed counsel to the docket, and serve a copy of

24  this Order upon counsel for all parties.

25       IT IS SO ORDERED.

26

27  DATED:  AUG 1 2 2011

28  JEFFREY S. WHITE
    United States District Judge