H. JOSEPH ESCHER, III (No. 85551)
joseph.escher@dechert.com
AMY THAYER (No. 266142)
amy.thayer@dechert.com
CARL GISMERVIG (No. 267930)
carl.gismervig@dechert.com
DECHERT LLP
One Maritime Plaza Suite 2300
San Francisco, California 94111-3513
Telephone: (415) 262-4500
Facsimile: (415) 262-4555

*Attorneys for Plaintiff*
*Dexter E. Dale*

KAMALA D. HARRIS
Attorney General of California
JOHN DEVINE
Supervising Deputy Attorney General
KAY K. YU
Deputy Attorney General
State Bar No. 142479
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: 415 703-5593
Facsimile: 415 703-5480
E-mail: Kay.Yu@doj.ca.gov

*Attorneys for Defendants*
*Fernandez and Lough*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEXTER E. DALE,<br><br>    Plaintiff,<br><br>v.<br><br>L. FERNANDEZ AND L. LOUGH<br><br>    Defendants. | No. C 05-1842 JSW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO HOLD DEPOSITIONS**<br>**AFTER DISCOVERY CUTOFF**<br> **AS MODIFIED**<br><br>Dept:    Courtroom 11, 19th Floor<br>Judge:   The Hon. Jeffrey S. White |

1      This Stipulation and [Proposed] Order To Hold Depositions After Discovery Cutoff is
2  filed by Plaintiff and Defendants.
3      WHEREAS, on January 25, 2012, Kay Keeching Yu of the California State Attorney
4  General's Office agreed to accept service of the deposition notice and subpoena on behalf of the
5  Correctional Training Facility in Soledad, California ("CTF").  The parties disagree as to whether
6  Kay Keeching Yu agreed to accept service of the document requests included within the
7  deposition notice and subpoena.
8      WHEREAS, on January 25, 2012 Plaintiff served by hand delivery the notice of
9  deposition and subpoena to CTF pursuant to Federal Rules of Procedure 30(b)(6) ("Rule
10 30(b)(6)") and 45 ("Rule 45") for a deposition to take place on February 24, 2012.
11     WHEREAS, on or about January 25, 2012 Plaintiff's counsel began meeting and
12 conferring with Defense counsel regarding dates for the depositions of Defendants Lough and
13 Fernandez.
14     WHEREAS, on February 14, 2012, Plaintiff noticed depositions for Defendant Lough on
15 February 23, 2012 and for Defendant Fernandez for February 28, 2012 per the agreement of
16 counsel.
17     WHEREAS, on February 22, 2012 Defense counsel informed Plaintiff's counsel that
18 CTF's Rule 30(b)(6) witness would be available to be deposed on March 7, 2012 and Defendant
19 Lough would be available to be deposed on March 9, 2012.  Defense counsel has not requested an
20 extension of time for the production of documents pursuant to Rule 45.
21     WHEREAS, pursuant to the Order Scheduling Trial and Pretrial Matters the Court set
22 March 1, 2012 as the last day for non-expert discovery;
23     WHEREAS, allowing depositions after the discovery cutoff will not affect the current trial
24 schedule.

STIPULATION AND [PROPOSED] ORDER RE: HOLDING DEPOSITIONS AFTER DISCOVERY CUTOFF
NO. C 05-1842 JSW

IT IS HEREBY STIPULATED AND AGREED SUBJECT TO APPROVAL OF THE COURT THAT:

Plaintiff may hold the depositions of Defendant Lough and CTF's Rule 30(b)(6) witness after the discovery cutoff date of March 1, 2012.

Dated: February 28, 2012          Respectfully submitted,


                                  DECHERT LLP
                                  H. JOSEPH ESCHER III
                                  AMY THAYER
                                  CARL GISMERVIG


                                  By: _____*Amy Thayer*_____
                                              AMY THAYER

                                  Counsel for Plaintiff DEXTER DALE


                                  CAIFORNIA STATE ATTORNEY GENERAL'S OFFICE

                                  By: _____
                                          KAY KEECHING YU

                                  Counsel for Defendants L. FERNANDEZ and L. LOUGH


**If this stipulation resolves the issues presented by Plaintiff's motion for an extension of discovery, Plaintiff should submit a notice to that effect to the Court.**

IT IS SO ORDERED.

March 1, 2012                     _____
                                  THE HONORABLE JEFFREY S. WHITE
                                  United States District Judge

---

STIPULATION AND [PROPOSED] ORDER RE: HOLDING DEPOSITIONS AFTER DISCOVERY CUTOFF
NO. C 05-1842 JSW