KAMALA D. HARRIS
Attorney General of California
JOHN P. DEVINE
Supervising Deputy Attorney General
KAY K. YU
Deputy Attorney General
State Bar No. 142479
   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
   Telephone: (415) 703-5593
   Fax: (415) 703-5480
   E-mail: Kay.Yu@doj.ca.gov
*Attorneys for Defendants Lillian Lough and Louella Fernandez*

H. JOSEPH ESCHER III (No. 85551)
AMY THAYER (No. 266142)
JOYBELL CHITBANGONSYN (No. 269536)
DECHERT LLP
   One Maritime Plaza, Suite 2300
   San Francisco, California 94111-3513
   Telephone: 415.262.4500
   Facsimile: 415.262.4555
   E-mail: Amy.Thayer@dechert.com
*Attorneys for Plaintiff Dexter E. Dale*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DEXTER E. DALE,** | C 05-1842 JSW (PR) |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCLOSURE OF EXPERT WITNESSES** |
| v. | |
| **L. FERNANDEZ, L. LOUGH,** | |
| Defendants. | |

The parties to this action, plaintiff Dexter Dale ("plaintiff") and Louella Fernandez and Lillian Lough ("defendants"), hereby stipulate as follows:

1

1  WHEREAS, this Court set the close of non-expert discovery as March 1, 2012, and the
2  last day for expert discovery as April 1, 2012 (D.I. 50). On March 1, 2012 the Court ordered that
3  Plaintiff may hold the depositions of Defendant Lough and CTF's Rule 30(b)(6) witness after the
4  discovery cutoff date of March 1, 2012 (D.I. 68).

5  WHEREAS, due to Defendant Lough's health and travel conflicts, the parties have not yet
6  been able to hold the deposition of Defendant Lough, and the parties' experts will not be able to
7  review Defendant Lough's testimony until after the last day for expert discovery.

8  WHEREAS, certain discovery disputes regarding document productions have not yet been
9  resolved (D.I. 72). If produced, these documents will be relevant to any expert analysis.

10  WHEREAS, the proposed extension of expert discovery will not affect the current trial
11  schedule.

1   IT IS HEREBY STIPULATED AND AGREED SUBJECT TO APPROVAL OF THE
2   COURT THAT:
3       1.  The disclosure of expert witnesses is to be extended to May 4, 2012.
4       2.  The depositions of expert witnesses must be completed by June 1, 2012.

Dated: March 20, 2012                KAMALA HARRIS, Attorney General
                                     of the State of California


                                     By:_____
                                     Kay K. Yu, Deputy Attorney General
                                     Attorneys for Defendants Lillian Lough
                                     and Louella Fernandez


Dated: March 20, 2012                DECHERT LLP
                                     H. JOSEPH ESCHER III
                                     AMY THAYER
                                     CARL GISMERVIG


                                     By:_____
                                     Carl Gismervig
                                     Attorney for plaintiff
                                     Dexter Dale

IT IS SO ORDERED.


                                     _____
                                     THE HONORABLE JEFFREY S WHITE
                                     United States District Judge

3

Stipulation to Extend Disclosure of Ex. Witnesses (C 05-1842 JSW (PR))

IT IS HEREBY STIPULATED AND AGREED SUBJECT TO APPROVAL OF THE COURT THAT:

1. The disclosure of expert witnesses is to be extended to May 4, 2012.
2. The depositions of expert witnesses must be completed by June 1, 2012.

Dated: March 20, 2012

KAMALA HARRIS, Attorney General
of the State of California

By: _____
Kay K. Yu, Deputy Attorney General
Attorneys for Defendants Lillian Lough
and Louella Fernandez

Dated: March 20, 2012

DECHERT LLP
H. JOSEPH ESCHER III
AMY THAYER
CARL GISMERVIG

By: *Carl Gismervig* (signed)
Carl Gismervig
Attorney for plaintiff
Dexter Dale

IT IS SO ORDERED.

March 21, 2012

*Jeffrey S White* (signed)
THE HONORABLE JEFFREY S WHITE
United States District Judge

3
Stipulation to Extend Disclosure of Ex. Witnesses (C 05-1842 JSW (PR))