IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEXTER E. DALE,

    Plaintiff,

  v.

L. FERNANDEZ and L. LOUGH,

    Defendants.

No. C 05-01842 JSW

**ORDER CONTINUING HEARING AND REQUIRING SUPPLEMENTAL BRIEFING**

Defendants' motion for judgment on the pleadings is scheduled for a hearing on June 15, 2012. The Court HEREBY CONTINUES the hearing on the motion to Friday, July 13, 2012. Plaintiff does not clearly respond to Defendants' argument that his claims are barred because he failed to file suit within six months after his Government claim was denied on August 8, 2003. Accordingly, by no later than June 13, 2012, Plaintiff shall file a supplemental brief, that shall not exceed five pages, showing why the state law claims asserted in the First Amended Complaint are not barred by Section 945.6. Defendants may file a supplemental brief in response by no later than June 20, 2012, which also shall not exceed five pages.

If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: June 6, 2012

                                    JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE