United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEXTER E. DALE,

    Plaintiff,

    v.

L. FERNANDEZ and L. LOUGH,

    Defendants.
                                                 /

No. C 05-01842 JSW

**ORDER DENYING MOTION TO SHORTEN TIME**

    Defendants have filed a motion to shorten the time to hear the motion for judgment on the pleadings and the motion for leave to file an amended answer, currently set for hearing on July 13, 2012, in light of the fact that their pretrial filings are due on July 2, 2012. The Court DENIES the request to advance the hearing date. However, both motions shall be ripe by no later than June 22, 2012. Therefore, the Court shall VACATE the hearing date, shall resolve both motions on the papers, and shall issue a ruling by no later than June 26, 2012.

        **IT IS SO ORDERED.**

Dated: June 13, 2012

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE