United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEXTER E. DALE,

    Plaintiff,

  v.

L. FERNANDEZ and L. LOUGH,

    Defendants.
                                  /

No. C 05-01842 JSW

**ORDER SCHEDULING JURY SELECTION**

    The Court HEREBY ORDERS that jury selection in this case shall be held on Wednesday, August 1, 2012 at 8:00 a.m. If any party is unavailable on that date, they must submit a notice to the Court by no later than July 2, 2012.

    **IT IS SO ORDERED.**

Dated: June 20, 2012

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE