H. JOSEPH ESCHER, III (No. 85551)
joseph.escher@dechert.com
AMY THAYER (No. 266142)
amy.thayer@dechert.com
CARL GISMERVIG (No. 267930)
carl.gismervig@dechert.com
DECHERT LLP
One Maritime Plaza Suite 2300
San Francisco, California 94111-3513
Telephone: (415) 262-4500
Facsimile: (415) 262-4555

*Attorneys for Plaintiff*
*Dexter E. Dale*

KAMALA D. HARRIS
Attorney General of California
JOHN DEVINE
Supervising Deputy Attorney General
DANIEL ALWEISS
Deputy Attorney General
State Bar No. 191560
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: 415 703-1276
Facsimile: 415 703-5480
E-mail: Daniel.Alweiss@doj.ca.gov

*Attorneys for Defendants*
*Fernandez and Lough*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEXTER E. DALE,<br><br>            Plaintiff,<br><br>   v.<br><br>L. FERNANDEZ AND L. LOUGH<br><br>            Defendants. | No. C 05-1842 JSW<br><br>**STIPULATION AND [PROPOSED] WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND ORDER TO TRANSFER INMATE DEXTER E. DALE (D-14750)**<br><br>Dept:      Courtroom 11, 19th Floor<br>Judge:    Hon. Jeffrey S. White |

STIPULATION AND [PROPOSED] WRIT OF HABEAS CORPUS AD TESTIFICANDUM No. C 05-1842 JSW

## STIPULATION

1. Plaintiff in this action, Dexter E. Dale, CDCR No. D-14750, is a prisoner-inmate at the Correctional Training Facility in Soledad, California in the custody of the Warden;

2. Plaintiff is a necessary and material witness at the trial in this action, which is scheduled to commence on August, 6, 2012;

3. In order to secure Plaintiff's attendance at trial, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of Dexter E. Dale to produce him at trial;

4. Counsel for Plaintiff and Defendants have met and conferred and agreed that Plaintiff shall be transferred to San Quentin State Prison approximately one week prior to trial to enable counsel for Plaintiff to prepare him for trial;

Therefore, pursuant to Local Rule 7-12, Plaintiff and Defendants, through counsel, hereby submit this stipulated request for a Writ of Habeas Corpus Ad Testificandum and Order to Transport Inmate Dexter Dale.

Dated: July 13, 2012         DECHERT LLP

By: ___/s/___ *Amy Thayer*___
          AMY THAYER

Counsel for Plaintiff DEXTER E. DALE


CALIFORNIA STATE ATTORNEY GENERAL'S OFFICE

By: ___/s/___ *Daniel Alweiss*[1]___
          DANIEL ALWEISS

Counsel for Defendants L. FERNANDEZ and L. LOUGH

---

[1] Pursuant to General Order 45(X), the filer of this document hereby attests that concurrence in the filing of the document has been obtained from Daniel Alweiss.

STIPULATION AND [PROPOSED] WRIT OF HABEAS CORPUS AD TESTIFICANDUM No. C 05-1842 JSW

**[PROPOSED] ORDER**

ACCORDINGLY, IT IS ORDERED that:

A Writ of Habeas Corpus Ad Testificandum shall issue commanding the Warden of the Correctional Training Facility in Soledad, California to produce Dexter E. Dale, CDCR No. D-14750, to San Quentin State Prison not later than July 30, 2012, where he will remain from day to day until completion of the trial.

A Writ of Habeas Corpus Ad Testificandum shall issue commanding the Warden of San Quentin State Prison to produce Dexter E. Dale, CDCR No. D-14750, for pickup by the U.S. Marshals service at 6:30 a.m. on August 6, 2012, and on each trial day thereafter until completion of the trial.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO THE WARDEN OF Correctional Training Facility in Soledad, California:

YOU ARE ORDERED to produce Dexter E. Dale, CDCR No. D-14750, to San Quentin State Prison not later than July 30, 2012, where he will remain from day to day until completion of the trial.

TO THE WARDEN OF San Quentin State Prison, California:

YOU ARE ORDERED to produce Dexter E. Dale, CDCR No. D-14750, for pickup by the U.S. Marshals service at 6:30 a.m. on August 6, 2012, and on each trial day thereafter until completion of the trial.

IT IS SO ORDERED.

July 16, 2012

_____
THE HONORABLE JEFFREY S. WHITE
United States District Judge