UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEXTER E. DALE,<br><br>        Plaintiff,<br>v.<br><br>L. FERNANDEZ AND L. LOUGH<br><br>        Defendants. | No. C 05-1842 JSW<br><br>**[PROPOSED]** ORDER TAKING SCHEDULED JURY SELECTION AND TRIAL OFF CALENDAR AND SETTING STATUS<br><br>Dept:    Courtroom 11, 19th Floor<br>Judge:  The Hon. Jeffrey S. White |

The Court hereby removes the jury selection scheduled for August 1, 2012 and the trial scheduled to begin August 6, 2012 from this Court's calendar, in light of pending settlement.

**IT IS SO ORDERED.**

DATED:    July 27   , 2012         By: _/s/ Jeffrey S. White_
                                                          HONORABLE JEFFREY S. WHITE

If the parties have not filed a dismissal by August 17, 2012, they shall appear for a status conference on August 24, 2012 at 1:30 p.m. to discuss the status of the settlement and an exepcted date of dismissal.