KAMALA D. HARRIS
Attorney General of California
JOHN P. DEVINE
Supervising Deputy Attorney General
DANIEL B. ALWEISS
Deputy Attorney General
State Bar No. 191560
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-1276
  Fax: (415) 703-5480
  E-mail: Daniel.Alweiss@doj.ca.gov
*Attorneys for Defendants Lillian Lough and Louella Fernandez*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DEXTER E. DALE,**<br><br>                         Plaintiff,<br><br>   v.<br><br>**L. FERNANDEZ and L. LOUGH,**<br><br><br>                        Defendants. | C 05-1842 JSW (PR)<br><br>**STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE; ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Dept: Courtroom 11, 19th Fl.<br>Judge: Hon. Jeffrey S. White<br><br><br>Action Filed: May 4, 2005<br>FAC Filed: December 30, 2011 |

    IT IS HEREBY STIPULATED by the parties to this action, Plaintiff-inmate Dexter E. Dale and Defendants Louella Fernandez and Lillian Lough, through their designated counsel, that the above-captioned action is hereby dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), with each party to bear their own costs and fees, including attorneys' fees and expenses. This stipulated dismissal incorporates by reference the terms of the Settlement and Release Agreement by and between Plaintiff Dexter E. Dale and the California Department of Corrections and Rehabilitation as if set forth herein.

1

///

///

Dated: August 28, 2012  DECHERT LLP

By:   */s/ Carl Gismervig*
      CARL GISMERVIG

Counsel for Plaintiff DEXTER E. DALE

Dated: August 28, 2012  Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
JOHN P. DEVINE
Supervising Deputy Attorney General

*/s/ Daniel B. Alweiss*[1]

DANIEL B. ALWEISS
Deputy Attorney General
*Attorneys for Defendants Lillian Lough and Louella Fernandez*

**ORDER**

IT IS HEREBY ORDERED that this case is DISMISSED, with prejudice. The Court shall retain jurisdiction over the enforcement of the Settlement and Release Agreement by and between Plaintiff Dexter E. Dale and the California Department of Corrections and Rehabilitation, which is incorporated by reference as if set forth herein.

Dated: August 30, 2012

          *Jeffrey S. White*
HONORABLE JEFFREY S. WHITE
United States District Court Judge

---

[1] Pursuant to General Order 45(X), the filer of this document hereby attests that concurrence in the filing of the document has been obtained from Daniel B. Alweiss.

2

Stip. For Dismissal With Prejud. Order of Dismissal [Fed. R. Civ. P. 41(a)(1)] (C 05-1842 JSW (PR))